## BOYDEN v. CALIFORNIA.

No. 57, Misc.  Decided March 13, 1967.

Appellant *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.  The judgment is vacated and the case remanded for further consideration in light of *Chapman v. California, ante,* p. 18.

MR. JUSTICE STEWART would vacate the judgment and remand for reconsideration in light of the views stated in his opinion concurring in the result in *Chapman v. California, ante,* at 42.